# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

RECEIVED

2025 OCT 27 PM 12: 38

CLERK U.S. DIST. COURT
WEST DIST. OF MO

MICHAEL C. SOODJINDA )
)
          *Plaintiff,* )
)
vs. )
)
THE WHOLE PERSON, INC. )
)
          *Defendant.* )
)

Case No. 563-2025-00169

Division No.: United State District Court

## Complaint

## COMPLAINT FOR VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, AGE DISCRIMINATION IN EMPLOYMENT ACT, MISSOURI HUMAN RIGHTS ACT, AND RETALIATION

Plaintiff, Michael Soodjinda, age 57, brings this civil action against The Whole Person, Inc., to seek redress for discrimination, retaliation, and wrongful termination in violation of Title VII, the Age Discrimination in Employment Act (ADEA), and the Missouri Human Rights Act (MHRA). Plaintiff, a 57-year-old Asian American male, is a member of protected classes on the basis of race, national origin, gender, and age.

Plaintiff served as Chief Executive Officer of The Whole Person, Inc. from 2021 to 2024, achieving measurable success, including a 7% cost reduction, 99% budget accuracy, and a $5 million surplus. Despite his achievements, Plaintiff was subjected to racial, age, and gender discrimination and retaliatory acts by the Board of Directors and senior management.

## Administrative Exhaustion

Plaintiff filed timely charges of discrimination with the U.S. Equal Employment Opportunity Commission (EEOC), on which a Right-to-Sue Notice was issued October 2, 2025, and the Missouri Commission on Human Rights (MCHR). He received Right-to-Sue Notices confirming completion of investigations, satisfying all jurisdictional prerequisites under 42 U.S.C. § 2000e-5(f)(1), 29 U.S.C. § 626(d), and RSMo § 213.111.

## Causes of Action

Count I – Race and National Origin Discrimination under Title VII (42 U.S.C. § 2000e-2(a)(1)) and RSMo § 213.055.1(1)(a), citing McDonnell Douglas Corp. v. Green, 411 U.S. 792 (1973), and Tatum v. City of Berkeley, 408

1

F.3d 543 (8th Cir. 2005).

Count II – Age Discrimination under the ADEA (29 U.S.C. § 623(a)) and RSMo § 213.055, with Plaintiff, at age 57, protected under the ADEA. See Reeves v. Sanderson Plumbing Prods., Inc., 530 U.S. 133 (2000) and Ryther v. KARE 11, 108 F.3d 832 (8th Cir. 1997).

Count III – Gender Discrimination under Title VII and RSMo § 213.055, referencing Oncale v. Sundowner Offshore Servs., 523 U.S. 75 (1998).

Count IV – Retaliation under Title VII (42 U.S.C. § 2000e-3(a)) and RSMo § 213.070, following Univ. of Tex. Sw. Med. Ctr. v. Nassar, 570 U.S. 338 (2013).

Count V – Hostile Work Environment under Title VII and MHRA, citing Harris v. Forklift Sys., Inc., 510 U.S. 17 (1993) and Green v. Franklin Nat'l Bank, 459 F.3d 903 (8th Cir. 2006).

Count VI – Missouri Whistleblower Protection Act (RSMo § 285.575), referencing Newsome v. Kansas City Star Co., 520 F. Supp. 2d 1226 (W.D. Mo. 2007).

Count VII – Wrongful Termination in Violation of Public Policy, citing Fleshner v. Pepose Vision Inst., 304 S.W.3d 81 (Mo. banc 2010).

## Damages and Relief

Plaintiff seeks reinstatement or front pay, back pay, compensatory and punitive damages, attorney's fees, costs, and pre- and post-judgment interest under 42 U.S.C. § 2000e-5(k) and RSMo § 213.111.2.

Respectfully submitted,

MICHAEL SOODJINDA PRO SE

By: /s/ Michael Soodjinda
Michel Soodjinda
1850 W Fredrickson Drive
Olathe, Kansas 66061
E-mail: michaelcaseysoodjinda@gmail

**PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify on the 27th day of October 2025, the foregoing was filed at the Clerk of the Court.

2

Alan L. Rupe
Alexander K. Higginbotham
Lewis Brisbois Bisgaard & Smith LLP 4600
Madison Avenue, Suite 700 Kansas City, MO
64112

Colin T. Gregory Karen Donnelly
Copilevitz, Lam & Raney, P. C. 310 W. 20th
Street, Suite 300 Kansas City, MO 64108

3